Edward Charles **NICHOLSON,**
Appellant,

v.

Garry **STEWART,** M.D. Faulkner County Detention Facility; Carl Johnson, M.D. Pulaski County Detention Center, Appellees.

No. 08–3978.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 5, 2010.

Filed: Feb. 23, 2010.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Edward Nicholson appeals the district court's[1] grant of summary judgment for defendants in his 42 U.S.C. § 1983 action claiming defendants were deliberately indifferent to his serious medical needs stemming from his Type II diabetes. Following careful de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa, sitting by designation in the Eastern District of Arkansas.